JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Moreno,<br><br>    Plaintiff,<br><br>  v.<br><br>Panrose Corporation, Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-01165-GAF-E<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed without prejudice, each party to bear their own attorneys' fees and costs.

Dated: May 15, 2014

*/s/ Gary Feess*

JS-6

HONORABLE GARY A. FEESS
UNITED STATES DISTRICT COURT JUDGE